(October 20, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK, v EDGAR DE

GRANDMAISON, Defendant

Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.